IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**RAFAEL RAMIREZ-RIVERA,**

    Petitioner,

**v.**                                           **CIVIL ACTION NO.: 3:23-CV-126 (GROH)**

**HEATHER RAY,**

    Respondent.

## ORDER DISMISSING CASE WITH PREJUDICE

On May 15, 2023, the *pro se* Petitioner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On May 25, 2023, the Petitioner paid the filing fee. ECF No. 9. Respondent filed a motion to dismiss, or in the alternative, for summary judgment on July 5, 2023, along with exhibits in support of the motion. ECF No. 14. The Court issued an Order and Roseboro notice on July 6, 2023. ECF No. 15. The Order directed Petitioner to file a response within twenty-one days. Id. Service was accepted for the notice on July 10, 2023. ECF No. 16.

A review of the docket shows that Petitioner has failed to file a response to the motion to dismiss or summary judgment as directed.

Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**.

Further, the Court notes that even had the Petitioner responded, the case should be dismissed without prejudice for the reasons more fully stated in the Respondent's

motion to dismiss. It is therefore further **ORDERED** that the Respondent's motion to dismiss [ECF No. 14] is **GRANTED**.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet, and to counsel of record by electronic means.

**DATED**: August 21, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE